**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Onsite Construction, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 83-1246251 | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1441 Hwy 19E Bypass**
**Elizabethton, TN 37643**
Number, Street, City, State & ZIP Code

**Carter**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Onsite Construction, Inc.**

<u>Name</u>

Case number *(if known)* _____

---

**7.** **Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Onsite Construction, Inc.**

Name _____    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|-------------------|--------------|-------------------|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Onsite Construction, Inc.**    Case number (*if known*)
_____    _____
Name

- ☐ $50,001 – $100,000
- ☐ $100,001 – $500,000
- ■ $500,001 – $1 million

- ☐ $10,000,001 – $50  million
- ☐ $50,000,001 – $100 million
- ☐ $100,000,001 – $500 million

- ☐ $1,000,000,001 – $10 billion
- ☐ $10,000,000,001 – $50 billion
- ☐ More than $50 billion

Debtor    **Onsite Construction, Inc.**                                    Case number (*if known*) _____
<u>Name</u>

<span style="background:black;color:white">     </span>  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August  7, 2025**
                MM / DD / YYYY

**X** /s/ Samantha Aldridge                              **Samantha Aldridge**
<u>Signature of authorized representative of debtor</u>      <u>Printed name</u>

Title     **Owner**

**18. Signature of attorney**

**X** /s/ Maurice K. Guinn                     Date  **August  7, 2025**
<u>Signature of attorney for debtor</u>                       MM / DD / YYYY

**Maurice K. Guinn 000366**
<u>Printed name</u>

**Gentry, Tipton and McLemore, PC**
<u>Firm name</u>

**P.O. Box 1990**
**Knoxville, TN 37901**
<u>Number, Street, City, State & ZIP Code</u>

Contact phone   **(865) 525-5300**      Email address   **mkg@tennlaw.com**

**000366 TN**
<u>Bar number and State</u>

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2023**

For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , 20 ____

| **A** S election effective date | **TYPE** | Name | **D** Employer identification number |
|---|---|---|---|
| 01/01/2021 | | Onsite Construction Inc | 83-1246251 |
| **B** Business activity code number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date incorporated |
| 238900 | **PRINT** | 1441 Hwy 19 E bypass | 07/07/2018 |
| **C** Check if Sch. M-3 attached ☒ | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| | | Elizabethton, TN 37643 | $ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . ▶  1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

**Income**

| | | | | | |
|---|---|---|---|---|---|
| **1 a** | Gross receipts or sales | 2,553,975. | **b** Less Returns and allowances | **c** Balance | **1c** | 2,553,975. |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . | | | **2** | 160. |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . | | | **3** | 2,553,815. |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . | | | **4** | |
| **5** | Other income (loss) (see instructions - attach statement) . . . . . . | | | **5** | 5. |
| **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . ▶ | | | **6** | 2,553,820. |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . | **7** | 600. |
| **8** | Salaries and wages (less employment credits) . . . . . . . . . . . | **8** | |
| **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | **9** | 105,498. |
| **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 73,472. |
| **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Interest (see instructions) . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . | **15** | |
| **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 9,609. |
| **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | **17** | |
| **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Energy efficient commercial buildings deduction (attach Form 7205) . . . . | **19** | |
| **20** | Other deductions (attach statement) . . . . . . . . . . . . . . . | **20** | 2,224,724. |
| **21** | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . ▶ | **21** | 2,413,903. |
| **22** | Ordinary business income (loss). Subtract line 21 from line 6 . . . . . . | **22** | 139,917. |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| **23 a** | Excess net passive income or LIFO recapture tax (see instructions) . . . . . | **23a** | | |
| **b** | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . | **23b** | | |
| **c** | Add lines 23a and 23b (see instructions for additional taxes) . . . . . . . | | **23c** | 0. |
| **24 a** | Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . . | **24a** | | |
| **b** | Tax deposited with Form 7004 . . . . . . . . . . . . . | **24b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . . | **24c** | | |
| **d** | Elective payment election amount from Form 3800 . . . . . . | **24d** | | |
| **z** | Add lines 24a through 24d . . . . . . . . . . . . . . . . . . | | **24z** | |
| **25** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ☐ | | **25** | |
| **26** | Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . | | **26** | 0. |
| **27** | Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| **28** | Enter amount from line 27: Credited to 2024 estimated tax _____ Refunded ▶ | | **28** | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title |
|---|---|---|

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | | Firm's EIN ▶ |
| Firm's address ▶ | | | | Phone no. |

**EXHIBIT**

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form **1120-S** (2023)

Form 1120-S (2023)  **Onsite Construction Inc**                          83-1246251        Page **2**

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual

    **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

  **a** Business activity **Grading, excavation**  **b** Product or service **grading**

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . .    **X**

**4** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)
below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . .    **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . .    **X**

    If "Yes," complete lines (i) and (ii) below.

    **(i)**    Total shares of restricted stock  . . . . . . . . . . . . . . . . . .  0

    **(ii)**   Total shares of non-restricted stock  . . . . . . . . . . . . . . .  0

  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . .    **X**

    If "Yes," complete lines (i) and (ii) below.

    **(i)**    Total shares of stock outstanding at the end of the tax year. . . . . .  0

    **(ii)**   Total shares of stock outstanding if all instruments were executed . . .  0

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide
information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . .  ☐

    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount
Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a
basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and**
**(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in
gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . . $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **X**

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . .    **X**

  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year are more than $29 million and the corporation has business interest expense.

  **c** The corporation is a tax shelter and the corporation has business interest expense.

    If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **X**

  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

  **b** The corporation's total assets at the end of the tax year were less than $250,000.

    If "Yes," the corporation is not required to complete Schedules L and M-1.

Form 1120S (2023)  **Onsite Construction Inc**                                    83-1246251   Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . $ _____ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | | X |
| 14 a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . . . . . | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . $ _____ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . . . | | ☐ | ☒ |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . . . . . . . | | 1 | 139,917. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . | | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . | | 5a | |
| | | b Qualified dividends . . . . . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . | | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . | | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . . . Type: | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . | | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . . . Type: _____ | | 12c | |
| | d | Other deductions (see instructions) . . . . . . . . . . Type: _____ | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . | | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . | | 13c | |
| | d | Other rental real estate credits (see instructions) . . . . Type: _____ | | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . . Type: _____ | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . | | 13f | |
| | g | Other credits (see instructions) . . . . . . . . Type: _____ | | 13g | |
| **Inter-national** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . | | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . . | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . . | | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16c | 2,890. |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . | | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . | | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . | | 16f | |

UYA                                                                          Form **1120-S** (2023)

Form 1120-S (2023)  **Onsite Construction Inc**                                      83-1246251         Page **4**

| Schedule K | Shareholders' Pro Rata Share Items  *(continued)* | | Total amount |
|---|---|---|---|

| Other Information | **17a** | Investment income | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17a** | |
|---|---|---|---|---|---|
| | **b** | Investment expenses | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . | **17c** | |
| | **d** | Other items and amounts (attach statement) | | | |

| Recon-ciliation | **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f  . . . . . . . . . . . . . . . . . | **18** | *139,917.* |
|---|---|---|---|---|

| Schedule L | Balance Sheets per Books | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . | | | | | |
| 2a | Trade notes and accounts receivable . . . . . . | | | | | |
| b | Less allowance for bad debts . . . . . . . . . . . | ( | ) | ( | ) | |
| 3 | Inventories . . . . . . . . . . . . . . . . | | | | | |
| 4 | U.S. government obligations . . . . . . . . | | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . . | | | | | |
| 6 | Other current assets (attach statement) . . . . . . | | | | | |
| 7 | Loans to shareholders . . . . . . . . . . . . | | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . . | | | | | |
| 9 | Other investments (attach statement) . . . . . . . | | | | | |
| 10a | Buildings and other depreciable assets . . . . . . | | | | | |
| b | Less accumulated depreciation . . . . . . . . . | ( | ) | ( | ) | |
| 11a | Depletable assets . . . . . . . . . . . . . . . | | | | | |
| b | Less accumulated depletion . . . . . . . . . . . | ( | ) | ( | ) | |
| 12 | Land (net of any amortization) . . . . . . . . . | | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . . | | | | | |
| b | Less accumulated amortization . . . . . . . | ( | ) | ( | ) | |
| 14 | Other assets (attach statement) . . . . . . . . | | | | | |
| 15 | Total assets . . . . . . . . . . . . . . . | | **0.** | | | **0.** |
| | **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . | | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | | |
| 18 | Other current liabilities (attach statement) . . . . . | | | | | |
| 19 | Loans from shareholders . . . . . . . . . . . | | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | | | | |
| 21 | Other liabilities (attach statement) . . . . . . . . | | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . . . | | | | | |
| 23 | Additional paid-in capital . . . . . . . . . . . . | | | | | |
| 24 | Retained earnings . . . . . . . . . . . . . . | | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) . . | | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . . . | | ( | ) | | ( | ) |
| 27 | Total liabilities and shareholders' equity . . . . . . | | **0.** | | | **0.** |

UYA                                                                                                Form **1120-S** (2023)

Form 1120-S (2023)  **Onsite Construction Inc**                    83-1246251      Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| **1** | Net income (loss) per books . . . . . . . . | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | |
| **a** | Depreciation  $ _____ | | |
| **b** | Travel and entertainment  $ _____ | | |
| | _____ | | |
| **4** | Add lines 1 through 3  . . . . . . . . . . . | | |

| | | | |
|---|---|---|---|
| **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **a** | Tax-exempt interest  $ _____ | | |
| | _____ | | |
| **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | | |
| **a** | Depreciation  $ _____ | | |
| | _____ | | |
| **7** | Add lines 5 and 6  . . . . . . . . . . . . | | |
| **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year  . . . . . . . . . . | | | | |
| **2** | Ordinary income from page 1, line 22  . . . . . . . . | 139,917. | | | |
| **3** | Other additions  . . . . . . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 22  . . . . . . . . . . . . | ( ) | | | |
| **5** | Other reductions  . . . . . . . . . . . . . . | ( 2,890.) | | ( ) |
| **6** | Combine lines 1 through 5  . . . . . . . . . . . | 137,027. | | | |
| **7** | Distributions  . . . . . . . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6  . . . . . . . . . . . . . . . . . . . . | 137,027. | | | |

UYA                                                                    Form **1120-S** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to  *www.irs.gov/Form1125A*  for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year. | **1** | |
| **2** | Purchases | **2** | 160. |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | 160. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions. | **8** | 160. |

**9a** Check all methods used for valuing closing inventory:

  *(i)* ☐ Cost

  *(ii)* ☐ Lower of cost or market

  *(iii)* ☐ Other (Specify method used and attach explanation.) _____

**b** Check if there was a writedown of subnormal goods ☒

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**
UYA

Form **1125-A** (Rev. 11-2018)

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
Information about Form 1125-E and its separate instructions is at  *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
**Onsite Construction Inc**

Employer identification number
**83-1246251**

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1 Wyatt T Aldrdige** | | **100.00 %** | **49.00 %** | % | **600.** |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | **600.** |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . | **3** | | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line  of your tax return . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | **600.** |

**For Paperwork Reduction Act Notice, see separate instructions.**
UYA

Form **1125-E** (Rev. 10-2016)

671121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Schedule K-1 (Form 1120-S) | **2023** | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning _____ 2023 _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**    See separate instructions.

| **Part I**  **Information About the Corporation** |

**A** Corporation's employer identification number
83-1246251

**B** Corporation's name, address, city, state, and ZIP code
**Onsite Construction Inc
1441 Hwy 19 E bypass
Elizabethton, TN 37643**

**C** IRS Center where corporation filed return
OGDEN, UT  84201

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . .  51.000000
End of tax year . . . . . . . . .  51.000000

| **Part II**  **Information About the Shareholder** |

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
**Samantha n. aldridge
123 Reeser Rd
128
Johnson City, TN 37601**

**G** Current year allocation percentage . . . . . .  100.0000 %

**H** Shareholder's number of shares
Beginning of tax year  51.000000
End of tax year . . . . . . . . .  51.000000

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . $ _____

For IRS Use Only

Part III column:

| 1 | Ordinary business income (loss) | 139,917. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |

| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16  C | Items affecting shareholder basis  2,890. | |
| 17  V* | Other information  STMT | |

| 18 | ☒ | More than one activity for at-risk purposes* |
| 19 | ☒ | More than one activity for passive activity purposes* |

* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**
UYA

www.irs.gov/Form1120S

**Schedule K-1 (Form 1120-S) 2023**

## Statement A - QBI Pass-through Entity Reporting

| Corporation's name: Onsite Construction Inc | Corporation's EIN: 83-1246251 |
|---|---|
| Shareholder's name: Samantha n aldridge | Shareholder's identifying number: |

| Shareholder's share of: | | Trade or Business |
|---|---|---|
| | | EIN: 83-1246251 |
| | | ☐ PTP |
| | | ☐ Aggregated |
| | | ☐ SSTB |

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | |
|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . . | 139,917. |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 600. |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Section 199A dividends . . . . | | |

## Statement C - QBI Pass-through Entity Reporting - Patrons of Specified Agricultural and Horticultural Cooperatives

| Corporation's name: | Corporation's EIN: |
|---|---|
| Shareholder's name: | Shareholder's identifying number: |

| Shareholder's share of: | | Cooperative |
|---|---|---|
| | | EIN: |
| | | ☐ PTP |
| | | ☐ Aggregated |
| | | ☐ SSTB |

**QBI items allocable to qualified payments subject to shareholder-specific determinations:**

| | | |
|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| W-2 wages allocable to qualified payments . . . . . . . . . . . . . . . . . . | | |
| Section 199A(g) deduction . . . | | |

| SCHEDULE M-3<br>(Form 1120-S)<br>(Rev. December 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation for S Corporations<br>With Total Assets of $10 Million or More**<br>Attach to Form 1120-S.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of corporation | Employer identification number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

**Part I**  **Financial Information and Net Income (Loss) Reconciliation** (see instructions)

**1a** Did the corporation prepare a certified audited non-tax-basis income statement for the period ending with or within this tax year? See instructions if multiple non-tax-basis income statements are prepared.

☐ **Yes.** Skip line 1b and complete lines 2 through 11 with respect to that income statement.
☒ **No.** Go to line 1b.

**b** Did the corporation prepare a non-tax-basis income statement for that period?

☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.
☐ **No.** Skip lines 2 through 3b and enter the corporation's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period: Beginning _01/01/2023_ Ending _12/31/2023_

**3a** Has the corporation's income statement been restated for the income statement period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.
☒ **No.**

**b** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.
☒ **No.**

| | | | |
|---|---|---|---|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1. . | **4a** | |
| **b** | Indicate accounting standard used for line 4a (see instructions):<br>(1) ☐ GAAP  (2) ☐ IFRS<br>(3) ☒ Tax-basis  (4) ☐ Other (specify) _____ | | |
| **5a** | Net income from nonincludible foreign entities (attach statement) . . . . . . . . . . . . . . . . | **5a** | ( ) |
| **b** | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) . . . . | **5b** | |
| **6a** | Net income from nonincludible U.S. entities (attach statement). . . . . . . . . . . . . . . . . . | **6a** | ( ) |
| **b** | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount). . . . . | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement). . . . . . . . . . . . | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (except qualified subchapter S subsidiaries)<br>(attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7b** | |
| **c** | Net income (loss) of other qualified subchapter S subsidiaries (QSubs) (attach statement) . . . . . | **7c** | |
| **8** | Adjustment to eliminations of transactions between includible entities and nonincludible entities<br>(attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) . . . . . . . . . . | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement). . . . . . . . . . . . . | **10** | |
| **11** | **Net income (loss) per income statement of the corporation. Combine lines 4 through 10**. . . . .<br>**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Schedule M-1, line 1. See instructions. | **11** | |

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines:

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 | | |
| **b** | Removed on Part I, line 5 | | |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.
UYA

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

Schedule M-3 (Form 1120S) (Rev. 12-2019)                                                                                                Page **2**

| Name of corporation | Employer identification number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

**Part II**   Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return  (see instructions)

| Income (Loss) Items<br>(attach statements for lines 1 through 10) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|
| 1  Income (loss) from equity method foreign corporations | | | | |
| 2  Gross foreign dividends not previously taxed | | | | |
| 3  Subpart F, QEF, and similar income inclusions | | | | |
| 4  Gross foreign distributions previously taxed | | | | |
| 5  Income (loss) from equity method U.S. corporations | | | | |
| 6  U.S. dividends not eliminated in tax consolidation | | | | |
| 7  Income (loss) from U.S. partnerships | | | | |
| 8  Income (loss) from foreign partnerships | | | | |
| 9  Income (loss) from other pass-through entities | | | | |
| 10  Items relating to reportable transactions | | | | |
| 11  Interest income (see instructions) | | | | |
| 12  Total accrual to cash adjustment | | | | |
| 13  Hedging transactions | | | | |
| 14  Mark-to-market income (loss) | | | | |
| 15  Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 16  Sale versus lease (for sellers and/or lessors) | | | | |
| 17  Section 481(a) adjustments | | | | |
| 18  Unearned/deferred revenue | | | | |
| 19  Income recognition from long-term contracts | | | | |
| 20  Original issue discount and other imputed interest | | | | |
| 21a  Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b  Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c  Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d  Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e  Abandonment losses | | | | |
| f  Worthless stock losses (attach statement) | | | | |
| g  Other gain/loss on disposition of assets other than inventory | | | | |
| 22  Other income (loss) items with differences (attach statement) | | | | |
| 23  **Total income (loss) items.** Combine lines 1 through 22 | | | | |
| 24  **Total expense/deduction items** (from Part III, line 32) | | | | |
| 25  Other items with no differences | | | | |
| 26  **Reconciliation totals.** Combine lines 23 through 25 | | | | |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1120-S, Schedule K, line 18.

Schedule M-3 (Form 1120S) (Rev. 12-2019)

Page **3**

| Name of corporation | Employer identification number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

**Part III** **Reconciliation of Net Income (Loss) per Income Statement of the Corporation With Total Income (Loss) per Return – Expense/Deduction Items** (see instructions)

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | U.S. current income tax expense | | | | |
| 2 | U.S. deferred income tax expense | | | | |
| 3 | State and local current income tax expense | | | | |
| 4 | State and local deferred income tax expense | | | | |
| 5 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 | Foreign deferred income tax expense | | | | |
| 7 | Equity-based compensation | | | | |
| 8 | Meals and entertainment | | | | |
| 9 | Fines and penalties | | | | |
| 10 | Judgments, damages, awards, and similar costs | | | | |
| 11 | Pension and profit-sharing | | | | |
| 12 | Other post-retirement benefits | | | | |
| 13 | Deferred compensation | | | | |
| 14 | Charitable contribution of cash and tangible property | | | | |
| 15 | Charitable contribution of intangible property | | | | |
| 16 | Current year acquisition or reorganization investment banking fees | | | | |
| 17 | Current year acquisition or reorganization legal and accounting fees | | | | |
| 18 | Current year acquisition/reorganization other costs | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs | | | | |
| 22 | Reserved | | | | |
| 23a | Depletion–Oil & Gas | | | | |
| b | Depletion–Other than Oil & Gas | | | | |
| 24 | Depreciation | | | | |
| 25 | Bad debt expense | | | | |
| 26 | Interest expense (see instructions) | | | | |
| 27 | Corporate-owned life insurance premiums | | | | |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Section 118 exclusion (attach statement) | | | | |
| 31 | Other expense/deduction items with differences (attach statement) | | | | |
| 32 | **Total expense/deduction items. Combine lines 1 through 31. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive** | | | | |

UYA

Schedule M-3 (Form 1120-S) (Rev. 12-2019)

# 2023  Other Income - Supporting Details for Form 1120-S, Line 5

Name(s) shown on return
**Onsite Construction Inc**

Employer identifying number
**83-1246251**

| | | | |
|---|---|---|---|
| 1. | <u>**Interest Paid (deleted)**</u> | 1 | 5. |
| 2. | | 2 | |
| 3. | | 3 | |
| 4. | | 4 | |
| 5. | | 5 | |
| 6. | | 6 | |
| 7. | | 7 | |
| 8. | | 8 | |
| 9. | | 9 | |
| 10. | | 10 | |
| 11. | | 11 | |
| 12. | | 12 | |
| 13. | | 13 | |
| 14. | | 14 | |
| 15. | | 15 | |
| 16. | | 16 | |
| 17. | | 17 | |
| 18. | | 18 | |
| 19. | | 19 | |
| 20. | | 20 | |
| 21. | | 21 | |
| 22. | | 22 | |
| 23. | | 23 | |
| 24. | | 24 | |
| 25. | | 25 | |
| 26. | | 26 | |
| 27. | | 27 | |
| 28. | | 28 | |
| 29. | | 29 | |
| 30. | | 30 | |
| 31. | | 31 | |
| 32. | | 32 | |
| 33. | | 33 | |
| 34. | | 34 | |
| 35. | | 35 | |
| 36. | | 36 | |
| 37. | | 37 | |
| 38. | | 38 | |
| 39. | | 39 | |
| 40. | | 40 | |
| 41. | | 41 | |
| 42. | | 42 | |
| 43. | | 43 | |
| 44. | | 44 | |

Total Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      5.

# 2023 Other Deductions - Supporting Details for Form 1120-S, Line 20

| Name(s) shown on return | Employer identifying number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

| | | |
|---|---|---|
| 1. | Bank fees | **1** | 150. |
| 2. | Insurance | **2** | 268,688. |
| 3. | Legal and professional fees | **3** | 8,099. |
| 4. | Supplies | **4** | 1,925,601. |
| 5. | Telephone | **5** | 2,320. |
| 6. | Deductible non-entertainment meals exp. subject to limits | **6** | 2,891. |
| 7. | Utilities | **7** | 4,192. |
| 8. | Travel | **8** | 12,783. |
| 9. | | **9** | |
| 10. | | **10** | |
| 11. | | **11** | |
| 12. | | **12** | |
| 13. | | **13** | |
| 14. | | **14** | |
| 15. | | **15** | |
| 16. | | **16** | |
| 17. | | **17** | |
| 18. | | **18** | |
| 19. | | **19** | |
| 20. | | **20** | |
| 21. | | **21** | |
| 22. | | **22** | |
| 23. | | **23** | |
| 24. | | **24** | |
| 25. | | **25** | |
| 26. | | **26** | |
| 27. | | **27** | |
| 28. | | **28** | |
| 29. | | **29** | |
| 30. | | **30** | |
| 31. | | **31** | |
| 32. | | **32** | |
| 33. | | **33** | |
| 34. | | **34** | |
| 35. | | **35** | |
| 36. | | **36** | |
| 37. | | **37** | |
| 38. | | **38** | |
| 39. | | **39** | |
| 40. | | **40** | |
| 41. | | **41** | |
| 42. | | **42** | |
| 43. | | **43** | |
| 44. | | **44** | |
| 45. | | **45** | |
| 46. | | **46** | |
| 47. | | **47** | |
| 48. | | **48** | |
| 49. | | **49** | |
| 50. | | **50** | |
| 51. | | **51** | |
| 52. | | **52** | |
| 53. | | **53** | |
| 54. | | **54** | |

**Total Other Deductions** . . . . . . . . . . . . . . . . . . . . . . . 2,224,724.

## Statement A - QBI Pass-through Entity Reporting

| Corporation's name: **Onsite Construction Inc** | Corporation's EIN: **83-1246251** |
|---|---|
| Shareholder's name: | Shareholder's identifying number: |

| | Trade or Business |
|---|---|
| | EIN: **83-1246251** |
| | ☐ PTP |
| | ☐ Aggregated |
| Shareholder's share of: | ☐ SSTB |

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | |
|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . . . | **139,917.** |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **600.** |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Section 199A dividends . . . . | | |


## Statement C - QBI Pass-through Entity Reporting - Patrons of Specified Agricultural and Horticultural Cooperatives

| Corporation's name: | Corporation's EIN: |
|---|---|
| Shareholder's name: | Shareholder's identifying number: |

| | Cooperative |
|---|---|
| | EIN: |
| | ☐ PTP |
| | ☐ Aggregated |
| Shareholder's share of: | ☐ SSTB |

**QBI items allocable to qualified payments subject to shareholder-specific determinations:**

| | |
|---|---|
| Ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . . | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| W-2 wages allocable to qualified payments . . . . . . . . . . . . . . . . . . . | |
| Section 199A(g) deduction . . . . | |

**2023**          **Schedule M-2 Adjustments to AAA Worksheet**

| Name shown on Form 1120S | Federal Employer ID Number |
|---|---|
| Onsite Construction Inc | 83-1246251 |

Line 3:  Other Additions to Accumulated Adjustment Account

| Description | Amount |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| Total. | |

Line 5:  Other Reductions to Accumulated Adjustment Account

| Description | Amount |
|---|---|
| 1.  Nondeductible expenses | 2,890. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| Total. | 2,890. |

UYA